UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NIAGARA MOHAWK POWER CORPORATION,

                      Plaintiff,

                vs

CONSOLIDATED RAIL CORPORATION; THE
KING SERVICE, INC.; UNITED STATES STEEL
COMPANY; EDWIN D. KING; LAWRENCE
KING; RICHARD B. SLOTE; CHEVRON U.S.A.,    5:98-CV-1039
INC.; PORTEC, INC.; and AMERICAN PREMIER
UNDERWRITERS, INC.;

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHEVRON, U.S.A., INC.,

                  Third-party Plaintiff,
      vs

THE COUNTY OF RENSSELAER; and THE COUNTY
OF RENSSELAER SEWER DISTRICT NO. 1,

                  Third-party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| NIAGARA MOHAWK POWER CORPORATION<br>Plaintiff<br>300 Erie Boulevard West<br>Syracuse, New York 13202 | JOHN T. PARKINSON, ESQ.<br>Managing Counsel |
| SWIDLER, BERLIN, SHEREFF,<br>   FRIEDMAN, L.L.P.<br>Attorneys for Plaintiff<br>3000 K Street, N.W., Suite 300<br>Washington, D.C. 20007 | MILISSA A. MURRAY, ESQ.<br>THOMAS R. LOTTERMAN, ESQ. |

| | |
|---|---|
| MENTER, RUDIN & TRIVELPIECE, P.C.<br>Attorneys for Defendant Consolidated<br>   Rail Corporation<br>500 South Salina Street, Suite 500<br>Syracuse, New York 13202 | THOMAS JOSEPH FUCILLO, ESQ. |
| WHITEMAN & OSTERMAN<br>Attorneys for Defendants King Service, Inc.,<br>   Edwin D. King, Lawrence King, and<br>   Richard B. Slote<br>One Commerce Plaza, Suite 1900<br>Albany, New York 12260 | JOSEPH D. STINSON, ESQ.<br>SCOTT T. DECKER, ESQ. |
| USX CORPORATION<br>600 Grant Street, Room 1500<br>Pittsburgh, Pennsylvania 15219 | DAVID L. SMIGA, ESQ. |
| DEVORSETZ, STINZIANO, GILBERTI,<br>   HEINTZ & SMITH, P.C.<br>Attorneys for Defendant United States<br>   Steel Company<br>555 East Genesee Street<br>Syracuse, New York 13202-2159 | KEVIN C. MURPHY, ESQ.<br>TIMOTHY J. LAMBRECHT, ESQ. |
| LAFAVE & ASSOCIATES<br>Attorneys for Defendant and Third-party<br> Plaintiff Chevron U.S.A., Inc.<br>822 Delaware Avenue<br>Delmar, New York 12054 | PATRICK J. HIGGINS, ESQ. |
| BOND, SCHOENECK & KING<br>Attorneys for Defendant Portec, Inc.<br>111 Washington Avenue<br>Albany, New York 12210 | ARTHUR J. SIEGEL, ESQ.<br>KIMBERLEE S. PARKER, ESQ. |
| ORRICK & HERRINGTON<br>Attorneys for Defendant American<br>   Premier Underwriters, Inc.<br>666 Fifth Avenue<br>New York, New York 10103 | JAMES J. CAPRA, JR, ESQ.<br>SIOBHAN A. HANDLEY, ESQ. |

OFFICE OF RENSSELAER COUNTY
   ATTORNEY                          STEPHEN A. PECHENICK, ESQ.
Attorney for Third-party County Defendants
41 Second Street
Troy, NY 12180

DAVID N. HURD
United States District Judge

## O R D E R

On May 10, 2005, the United States Court of Appeals for the Second Circuit issued a Mandate remanding this matter for consideration in light of Cooper Industries v. Aviall Services, __ U.S. __, 125 S. Ct. 577 (2004).  The Mandate was filed on May 16, 2005.

Accordingly, it is

ORDERED that

1.  Any interested defendant may file and serve a brief on this issue not to exceed ten pages in length on or before June 17, 2005;

2.  Plaintiff may file and serve a responsive brief not to exceed ten pages in length on or before July 15, 2005;

3.  No reply briefs will be permitted; and

4.  Oral argument will be heard at the United States Courthouse, 10 Broad Street, Utica, New York, at 10:00 a.m. on August 12, 2005.

IT IS SO ORDERED.

                                                                                            United States District Judge

Dated:  May   26, 2005
         Utica, New York.