UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NIAGARA MOHAWK POWER CORPORATION,

                        Plaintiff,

              vs

CONSOLIDATED RAIL CORPORATION; THE
KING SERVICE, INC.; UNITED STATES STEEL
COMPANY; EDWIN D. KING; LAWRENCE
KING; RICHARD B. SLOTE; CHEVRON U.S.A.,     5:98-CV-1039
INC.; PORTEC, INC.; and AMERICAN PREMIER
UNDERWRITERS, INC.;

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHEVRON, U.S.A., INC.,

                        Third-party Plaintiff,

            vs

THE COUNTY OF RENSSELAER; and THE COUNTY
OF RENSSELAER SEWER DISTRICT NO. 1,

                        Third-party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **AMENDED CAPTION**

| APPEARANCES: | OF COUNSEL: |
|---|---|
| NIAGARA MOHAWK POWER CORPORATION<br>Plaintiff<br>300 Erie Boulevard West<br>Syracuse, New York 13202 | JOHN T. PARKINSON, ESQ.<br>Managing Counsel |
| SWIDLER, BERLIN, L.L.P.<br>Attorneys for Plaintiff<br>3000 K Street, N.W., Suite 300<br>Washington, D.C. 20007 | MILISSA A. MURRAY, ESQ.<br>THOMAS R. LOTTERMAN, ESQ. |

MENTER, RUDIN & TRIVELPIECE, P.C.                THOMAS JOSEPH FUCILLO, ESQ.
Attorneys for Defendant Consolidated Rail Corp.
500 South Salina Street, Suite 500
Syracuse, New York 13202

FRIEDMAN, HIRSCHEN, MILLER & CAMPITO            JOHN L. ORFAN, ESQ.
Attorneys for Defendants King Service, Inc.,
   Edwin D. King, Lawrence King, and
   Richard B. Slote
100 Great Oaks Blvd.
Albany, NY 12203

RICHARD P. FEIRSTEIN, ESQ.
Attorney for Defendants King Service, Inc.,
   Edwin D. King, Lawrence King, and
   Richard B. Slote
600 Broadway
Albany, NY 12207-2205

USX CORPORATION                                  DAVID L. SMIGA, ESQ.
600 Grant Street, Room 1500
Pittsburgh, Pennsylvania 15219

DEVORSETZ, STINZIANO, GILBERTI,                  KEVIN C. MURPHY, ESQ.
   HEINTZ & SMITH, P.C.                         TIMOTHY J. LAMBRECHT, ESQ.
Attorneys for Defendant United States Steel Co.
555 East Genesee Street
Syracuse, New York 13202-2159

LAFAVE & ASSOCIATES                              PATRICK J. HIGGINS, ESQ.
Attorneys for Defendant and Third-party
 Plaintiff Chevron U.S.A., Inc.
822 Delaware Avenue
Delmar, New York 12054

BOND, SCHOENECK & KING                           ARTHUR J. SIEGEL, ESQ.
Attorneys for Defendant Portec, Inc.             KIMBERLEE S. PARKER, ESQ.
111 Washington Avenue
Albany, New York 12210

ORRICK & HERRINGTON                              JAMES J. CAPRA, JR, ESQ.
Attorneys for Defendant American                 SIOBHAN A. HANDLEY, ESQ.
   Premier Underwriters, Inc.
666 Fifth Avenue
New York, New York 10103

| | |
|---|---|
| OFFICE OF RENSSELAER COUNTY<br>  ATTORNEY<br>Attorney for Third-party County Defendants<br>41 Second Street<br>Troy, NY 12180 | STEPHEN A. PECHENICK, ESQ. |

DAVID N. HURD
United States District Judge

       IT IS SO ORDERED.

_____
United States District Judge

Dated: July 13, 2006
       Utica, New York.

3